B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUTPCY COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

In re    JUSTIN P. FORD            Case No.    20-80185
        LORI P. FORD

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Government National Mortgage Association | United Security Financial Corporation |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

BSI Financial Services
Customer Care
314 S Franklin St, 2nd Floor
Titusville, PA 16354

Phone: 800-327-7861
Last Four Digits of Acct.#: 8215

Court Claim # (if known): 12
Amount of Claim: $167,780.24
Date Claim Filed: 10/14/2020

Phone: 877-426-8805
Last Four Digits of Acct.#: 8215

Name and Address where transferee payments should be sent (if different from above):

BSI Financial Services
PO Box 679002
Dallas, TX 75267-9002
Phone: 800-327-7861
Last Four Digits of Acct.#: 8215

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/ Elizabeth Crowell Price          Date:    04/13/2021
       Transferee/Transferee's Agent

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: JUSTIN P. FORD                                     CASE NO. 20-80185
       LORI P. FORD                                       CHAPTER 13

## CERTIFICATE OF SERVICE

I, Elizabeth Crowell Price, hereby certify that I have notified the following interested parties of the Transfer of Claim filed by GOVERNMENT NATIONAL MORTGAGE ASSOCIATION, AS SERVICED BY BSI FINANCIAL SERVICES, as reflected on the foregoing notice, to-wit:

| | |
|---|---|
| Justin P. Ford<br>Lori P. Ford<br>3876 Hwy 923<br>Jonesville, LA 71343 | Jon C. Thornburg<br>Trustee<br>PO Box 11877<br>Alexandria, LA 71315 |
| L. Laramie Henry<br>Attorney at Law<br>P.O. Box 8536<br>Alexandria, LA 71306 | Office of the U.S. Trustee<br>300 Fannin Street<br>Suite 3196<br>Shreveport, LA 71101 |

by mailing this notice and a copy of the Transfer of Claim filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this the 13th day of April, 2021.

DEAN MORRIS, L.L.C.
1820 Avenue of America
P.O. Box 15270
Monroe, LA 71207-5270
(318) 388-1440

/S/Elizabeth Crowell Price
ATTORNEY FOR CREDITOR